# EXHIBIT A

TO JERRY BRACH DECLARATION.



{02803199.1}