# Exhibit B



US00D925810S

| (12) | United States Design Patent | (10) Patent No.: | US D925,810 S |
|---|---|---|---|
| | Yi et al. | (45) Date of Patent: ** | Jul. 20, 2021 |

(54) **MOVEABLE LED LAMP**

(71) Applicant: **Shenzhen Flashine Lighting Co., Ltd.**, Shenzhen (CN)

(72) Inventors: **Shenhui Yi**, Linxiang (CN); **Bo She**, Bazhong (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/698,733**

(22) Filed: **Jul. 19, 2019**

(30) **Foreign Application Priority Data**

Jul. 3, 2019 (CN) .......................... 201930351575.1

(51) **LOC (13) Cl.** .............................................. **26-03**
(52) **U.S. Cl.**
USPC ........................................ **D26/110**
(58) **Field of Classification Search**
USPC .................. D26/93, 104, 110, 112
CPC ..... F21V 3/00; F21V 5/007; F21W 2121/006; F21S 6/00; F21S 6/002; F21S 10/00; F21S 610/06
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D392,407 S | * | 3/1998 | Johnson | D26/104 |
| D800,373 S | * | 10/2017 | Soni | D26/110 |
| D885,640 S | * | 5/2020 | Civelekoglu | D26/104 |
| D887,623 S | * | 6/2020 | Ji | D26/110 |
| 2018/0087767 A1 | * | 3/2018 | Trainer | F21V 3/00 |

* cited by examiner

*Primary Examiner* — Brian N. Vinson

(57) **CLAIM**

The ornamental design for a moveable LED lamp, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a moveable LED lamp showing our new design;
FIG. **2** is a back view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a top view thereof;
FIG. **6** is a bottom view thereof;
FIG. **7** is a front and bottom perspective view thereof; and,
FIG. **8** is a back and bottom perspective view thereof
The broken lines in the figures illustrate portions of the moveable LED lamp that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



Case 2:22-cv-06943-JG Document 1-20 Filed 11/14/22 Page 3 of 10 PageID #:473



FIG. 1



FIG. 2

Case 2:22-cv-06943-G Document 1-20 Filed 11/14/22 Page 5 of 10 Page ID #:675



FIG. 3

Case 2:22-cv-06943-G Document 1-20 Filed 11/14/22 Page 6 of 10 Page ID #:776



FIG. 4

Case 2:22-cv-06943-JG Document 1-20 Filed 11/14/22 Page 7 of 10 PageID #:877



FIG. 5



FIG. 6



FIG. 7



FIG. 8