# EXHIBIT C

TO JERRY BRACH DECLARATION.



Fri 11/4/2022 4:46 AM

Helen <sales09@gh-goldenhot.com>

Re: Re: ASIN: B0961BDJPX; Infringement Type: Patent; Patent Number: D952,810 S; Complaint ID: 10998909911; Our Ref.: 8E/2853-1

To   ziggyb; Max Moskowitz; Jerry Brach
Cc   Shaindys; Ariel Lapidot; Carol Kupferberg; Ariel Peikes

Dear Zigg & Jerry,
1. We are the inventor,this is truth.
2.Keenray,MG,Sound Around,Roy,Rocklin,etc these are our customers,they buy towel warmers from us.
3.Keenray applied patent in the US without our authorization,when we did business without any patent in USA.
4.Keenray abused his patents in the United States,which lead to delist of your Amazon shop,it's causing you fiancial loss,I fell sorry for that.but Goldenhot are also victims too,our towel warmers stocked in our warehouse we can't ship.
5.I see that you have the right to sell on other online platforms. Can you sell on other platforms first?when you invalid patent in USA,you can clear the the inventories.
6.What I can do is give your lawyer my full support to invalid Keenray patent
7.We will not supply this towel warmer to Keenray in future,Keenray forced our customers to delist from Amazon,which brought us serious economic losses.

In this special time,I hope we don't fight each other,we should stand together against Keenray.
in order to show our sincerity,I will change a new towel warmer only for your company without toolings cost(Toolings cost will be $30,000),you can apply patent in USA,I can give you our company authorization with signature and stamp.
Attachment is our initial design, Can you help me check if you have any interest?
If it's possible you can provide your drawing for me we will follow your drawing to make toolings,but you need share 100 model body.

Thanks for your understand and support!

Thanks for your understand and support!



Helen

{02800940.1}



Fri 11/4/2022 4:56 AM

Helen <sales09@gh-goldenhot.com>

Re: Re: ASIN: B0961BDJPX; Infringement Type: Patent; Patent Number: D952,810 S; Complaint ID: 10998909911; Our Ref.: 8E/2853-1

To   Max Moskowitz; Jerry Brach; ziggyb

Cc   Shaindys; Ariel Lapidot; Carol Kupferberg; Ariel Peikes; Max Moskowitz



Helen

{02800940.1}

**From:** Helen
**Date:** 2022-11-04 16:53
**To:** Max Moskowitz; Jerry Brach; ziggyb
**CC:** Shaindys; Ariel Lapidot; Carol Kupferberg; Ariel Peikes; Max Moskowitz
**Subject:** Re: Re: ASIN: B0961BDJPX; Infringement Type: Patent; Patent Number: D952,810 S; Complaint ID: 10998909911; Our Ref.: 8E/2853-1

Max,

purchases and sales contract for your reference, DANXIAWU is the legal representative from Keenray.

---

深圳京雷创新有限公司
Shenzhen Keenray Innovations Limited
深圳市龙岗区布吉街道文景社区广场路中安大厦 1508

购 销 合 同

需方：深圳京雷创新有限公司 （简称：甲方）　　合同编号：PO20200803-01
供方：东莞市固豪塑胶五金制品有限公司（简称：乙方）　签约日期：2020 年 8 月 3 日

甲乙双方经友好协商，特订立本合同，以资信守。

一、产品名称、规格、数量、单价、金额

| 产品名称 | 规格 | 数量 | 单价 | 总金额 | 备注 |
|---|---|---|---|---|---|
| 品牌 Keenray<br>系列 ComfortLife 1<br>(型号 CL1)<br>电动速热毛巾桶 | 材料：塑胶 PS、五金。<br>规格：附合北美和欧洲相关法律法规并协助办理相关认证。<br>北美规格(美国、加拿大、墨西哥)同时使用，欧洲(英国和欧盟)插头通用。<br>功能：速热、定时关机(按确认)<br>颜色：6 种颜色。<br>印刷：机身下方 Keenray 标志单色印刷，印刷要求按说明文件或打板确认。操控面板，相关警告语要显易读。<br>底部贴规格贴纸。<br>附件：说明书，满意卡<br>包装：附件放置产品中，固定不能晃动，每个桶装带警告语打孔胶袋，然后纸托(或珍珠棉，不能用保丽龙)保护装外箱(K=K 5 层瓦楞以上，需确认)，外箱不打钉。<br>其它要求见附件文档。 | 10000 套 |  |  | 出厂价 |
| 产品认证 | CE 认证 | 1 | 3000 | 3000 | |
| | ETL 列名 | 1 | 18000 | 18000 | |
| | FCC 更名 | 1 | 6000 | 6000 | |
| 合计 | | | | | |

合计人民币不含税不含运费（大写）：

第 1 页 共 3 页

{02800940.1}

深圳京雷创新有限公司
Shenzhen Keenray Innovations Limited
深圳市龙岗区布吉街道文景社区广场路中安大厦 1508



Keen innovations ray your life

二、质量要求：
（1）材质要求：100%新料
（2）规格要求：同上
（3）外观要求：同上，产前确认；
（4）样品：1-2 套样品，其它生产前拍照或现场确认。
（5）产品不良率：根据 AQL 验货标准执行。
（6）检测报告：乙方必须在发货前提供产品测试报告，测试内容包括：安全性，功能，老化，运输安全等。
（7）售后保证：原则上凡是能提供证图征、邮件、差评、缺陷投诉等证据的产品，乙方有权利扣除相应款项，缺陷率较大的处以罚金。因双方战略协作的关系，所有问题友好协商解决。

三、结算方式及期限：出货后 90 天内付清所有货款。甲方向乙方开放网上销售数据以及回款记录。产品认证费用在订单确认时支付。

四、交货期：收取订单后根据需求分批次交货。

五、交货地点：工厂装柜或深圳指定仓库。

六、包装要求：尺寸待确认。

七、违约责任：违约方承担，双方协商解决。

八、解决合同纠纷的方式：双方协商解决，若协商未果，当事人双方同意由需方所在地仲裁委员会仲裁或法院判决。

九、双方协商的其它条款：无

十、合同有效期限：2020 年 8 月 1 日至 2020 年 12 月 31 日

十一、本合同一式两份，签字盖章后生效，原件及传真件同等生效。

发货批次：

| 日期 | 数量 | 目的地 |
|---|---|---|
| 2020 年 8 月 15 日（越早越好） | 1 个 40 尺高柜 | 美国 |
| 2020 年 8 月 15 日（越早越好） | 1 个 40 尺高柜 | 欧洲 |
| 2020 年 9 月 10 日 | 2 个 40 尺高柜 | 特定 |
| 2020 年 9 月 20 日 | 2 个 40 尺高柜 | 特定 |
| 2020 年 10 月 10 日 | 2 个 40 尺高柜 | 特定 |
| 2020 年 10 月 20 日 | 2 个 40 尺高柜 | 特定 |

第 2 页 共 3 页

{02800940.1}



{02800940.1}