# EXHIBIT D

TO JERRY BRACH DECLARATION.

---

Mon 10/24/2022 7:01 PM

**Fenson Peng / Keenray** <fpeng@keenray.com>

回复: FW: ASIN: B0961BDJPX; Infringement Type: Patent; Patent Number: D952,810 S; Complaint ID: 10998909911; Our Ref.: 8E/2853-1

To   Max Moskowitz; ziggyb

Hello,
We are the U.S. patent owner.
So you should to get our authorization before sell on amazon.com.
Please let me know what is your suggestion? Thanks!

Best regards,
**Fenson Peng**
President

在 2022年10月23日 22:51，ziggyb<ziggyb@lanzar.com>写道：

---



**Fenson Peng / Keenray** <fpeng@keenray.com>

RE: 回复: FW: ASIN: B0961BDJPX; Infringement Type: Patent; Patent Number: D952,810 S; Complaint ID: 10998909911; Our Ref.: 8E/2853-1

To   ziggyb; Max Moskowitz
Cc   Jerry Brach; Carol Kupferberg; Max Moskowitz; tina; shawn@keenray.com; us@keenray.com; anna

Hello Max,
Good to see your reminder!
I will talk to my lawyer soon and make him to do some preparing job if necessary.

Also, if Mr.Ziggy need to talk about possible authorization and cooperations, we are still open.
As a U.S. patent owner, we need to be treated fairly by the market and competitors.

I won't reply any more, unless from Mr.Ziggy. Thank you!

Fenson Peng

在 2022年10月25日 21:55，Max Moskowitz<mmoskowitz@ostrolenk.com> 写道：

Dear Mr. Peng,

As you know, I am a US IP attorney for Sound Around.

<u>I made you and your US IP attorney</u> aware of the fact that the clear evidence is that Danxia Wu is not the real inventor of the device in the '810 patent. I also provide to you now the declaration signed by Ms. Wu, in which she makes certain statements that are absolutely false. She acknowledges that false statements can subject her to fines, imprisonment and invalidity of the patent.

Neither you or your attorney have denied that she is not the real inventor. All you are saying is that you are the "recorded" owner of the US '810 patent.

As you know, my client has authorized me to file a law suit. We plan to name you, your company, Danxia Wu and the "store front" that you run on Amazon as Defendants. Amazon will be copied. We will request emergency closing of your store front, an order directing Amazon to restore the listing and that Amazon freeze your account and not send any funds to you from that store until the law suit is resolved.

We will write to Amazon to force you to answer and defend the law suit, given the brazen fraud involving the filing of the application for the '810 patent (and its assertion against Sound Around).

Please have your US attorney contact me quickly to avoid the need to file the law suit.

Regards,

s/Max Moskowitz

{02803206.1}