# EXHIBIT E

TO JERRY BRACH DECLARATION.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/757,940 | 11/10/2020 | Danxia Wu | X049 | 8601 |

| 154422 | 7590 | 03/14/2022 |
|---|---|---|
| Wen IP LLC | | |
| 7710 80th PL SE | | |
| Mercer Island, WA 98040 | | |

| EXAMINER |
|---|
| AMAN, ANNA KATHY |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2914 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/14/2022 | ELECTRONIC |

Please find below and/or attached an Office communication concerning this application or proceeding.

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

USPTO@dockettrak.com
josh@tianip.com
josh@wen-ip.com

{02803218.1}

| IN THE UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO) ||
|---|---|
| Application Serial Number | 29/769,690 |
| Confirmation Number | 8601 |
| Filing Date | 11-10-2020 |
| Title of Application | Blanket Towel Warmer |
| Group Art Unit | 2914 |
| Examiner | AMAN, ANNA KATHY |
| Attorney Docket Number | X049 |

To: Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

From: Zhihua Han Ph.D. (Reg. No. 71759)
WEN IP LLC
Phone: 206-973-6936; Fax: 425-368-3736
Email: josh@wen-ip.com

**Customer Number: 154422**

## Response to 03/14/2022 Non-Final Office Action

Applicant believes that no fees are due with this Response. Favorable consideration is respectfully requested.

**Remarks** begin on page 2 of this document.

{02803218.1}

## Conclusion

For at least the foregoing reasons, all pending claims are in condition for allowance. Applicant respectfully requests reconsideration and prompt issuance of the application.

If any issues remain that would prevent allowance of this application, **Applicant invites that the Examiner contact the undersigned representative before issuing a subsequent Action.**

Respectfully Submitted,

WEN IP LLC
Representative for Applicant

_____/Zhihua Han Reg. No. 71,759/_____         Dated:__3/19/2022__

Zhihua Han Ph.D. (Reg. No. 71759)
Tel. 206-973-6936
Fax 425-368-3736
Email josh@wen-ip.com

{02803218.1}

## 37 CFR1.130(a) Declaration

Inventor, Danxia Wu, hereby affirms and declares that:

1. She is the original inventor of the invention embodied in the US patent application # 29757940, entitled "Blanket Towel Warmer".

2. She is a co-owner of Shenzhen Keenray Innovations Limited, which sells the "Keenray Towel Warmer" quoted by the Office on various commercial outlets and online platforms. Therefore, this prior art is a disclosure made by Inventor herself and was made within one year prior to the filing the instant application.

3. She has filed an assignment to assign the instant application to Shenzhen Keenray Innovations Limited.

4. Inventor/Applicant acknowledges and declares that willful false statements and the like are punishable by fine or imprisonment, or both (18 U.S.C.1001), and may jeopardize the validity of the application or any patent issuing thereon. Applicant acknowledges and declare that all statements made of the declarant's own knowledge are true and that all statements made on information and belief are believed to be true.

Signature ____ / Danxia Wu / _____

Date _____ 03/19/2022 _____

{02803218.1}