UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SOUND AROUND INC., d/b/a PYLE USA,

                                Plaintiff,

    v.

SHENZHEN KEENRAY INNOVATIONS LIMITED, DANXIA WU, WENG FENG PENG (a/k/a FENSON PENG), and AMAZON.COM, INC.,

                                Defendants.

**ORDER TO SHOW CAUSE**
22-CV-06943 (HG)

---

Upon review of the Complaint of Plaintiff, SOUND AROUND, INC. ("Sound Around"), the Declarations of Jerry Brach and FengLi Lv, and the Memorandum of Law in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction ("Motion"); and upon all pleadings and papers previously filed herein, it is:

ORDERED, that the Defendants Shenzhen Keenray Innovations Limited ("Keenray"), Danxia Wu, Weng Feng Peng (a/k/a Fenson Peng) (collectively, "Defendants") show cause before this Court, at Courtroom 6A, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on December 9, 2022, at 11:00 A.M., why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure ordering the above-named Defendants, their officers, directors, employees, agents, subsidiaries, distributors and all persons in active concert or participation with them having notice of this Order, during the pendency of this action to take the following steps to preserve the status quo ante and prevent further irreparable injury to Plaintiff:

    a. Enjoining the above-named Defendants to rescind forthwith their allegations of infringement against Sound Around, and to take all other steps required to ensure that Amazon re-lists the towel warmer products to its website as soon as possible; and

      b. Refrain from filing or otherwise communicating any allegations of infringement by Sound Around to any third party, at minimum, for the duration of the instant litigation relative to the Sound Around towel warmer products.

IT IS FURTHER ORDERED, that Defendants shall serve and file any opposition to Plaintiff's Motion by November 30, 2022, and Plaintiff shall serve and file any reply to Defendant's opposition by December 7, 2022.

IT IS FURTHER ORDERED, that Plaintiff shall serve a copy of this Order, Plaintiff's complaint, and all other papers that Plaintiff has filed in this case on Defendants, including any legal counsel that Plaintiff knows to represent Defendants in intellectual property matters, by email and by a nationally recognized overnight courier service, in both cases for delivery on or before November 18, 2022, which shall be deemed good and sufficient service thereof.

**SO ORDERED**.

Dated:  Brooklyn, New York
         November 16, 2022

                                                */s/ Hector Gonzalez*
                                                HECTOR GONZALEZ
                                                United States District Judge