UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUND AROUND, INC., d/b/a PYLE USA,<br><br>   *Plaintiff,*<br>v.<br><br>SHENZHEN KEENRAY INNOVATIONS LIMITED, DANXIA WU, WENG FENG PENG (a/k/a FENSON PENG), and AMAZON.COM, INC.,<br><br>   *Defendants*. | Civil Action No: 1:22-cv-6943(HG) |

## VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS TO DEFENDANT AMAZON.COM INC.

  Plaintiff SOUND AROUND, INC., d/b/a PYLE USA hereby dismisses all claims and demands as to the Defendant AMAZON.COM INC. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), with prejudice.  Each party shall bear its own costs and expenses.

  The claims against all other Defendants – SHENZHEN KEENRAY INNOVATIONS LIMITED, DANXIA WU, WENG FENG PENG (a/k/a FENSON PENG) – remain in the Action.

Dated:  November 21, 2022
   New York, New York         Respectfully submitted,

                   */s/ Ariel Peikes*_____

                   Ariel Peikes
                   Ostrolenk Faber LLP
                   845 Third Avenue
                   New York, New York 10022
                   apeikes@ostrolenk.com
                   Tel: 212-596-0500
                   Fax: 212-382-0888

{02804804.1}