| Ostrolenk Faber LLP<br>*Intellectual Property Law* | 845 Third Avenue<br>New York, New York 10022<br>212.596.0500<br>Fax 212.382.0888<br>www.ostrolenk.com<br>email@ostrolenk.com | *Partners*<br>Max Moskowitz<br>William O. Gray, III<br>Kourosh Salehi**<br>Charles C. Achkar, Ph.D. | *Attorneys*<br>James A. Finder<br>Marian E. Fundytus, Ph.D.<br>Paul Grandinetti*<br>Ariel S. Peikes | *Patent Agent*<br>Joseph C. Suhadolnik, Ph.D.<br><br>*Jurisdictions*<br><br>*DC Bar<br>**DC & CT Bars<br>***DC & VA Bars |

March 2, 2023

**VIA ECF**
Hon. Judge Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Sound Around Inc. v. Shenzhen Keenray Innovations Limited et al*
             Civil Action No.: 1:22-cv-06943(HG)

### Letter Confirming Service

Dear Judge Gonzalez:

    We represent Plaintiff, Sound Around in the above-captioned action. We submit this letter to confirm service of Plaintiff's Memorandum of Law in Opposition to Defendants Weng Feng Peng and Danxia Wu's Motion to Dismiss onto the Defendants' counsel. The Opposition was served via email to:

    Tao Liu, Esq.: tao.liu@glacier.law; and
    Wei Wang, Esq.: wei.wang@glacier.law.

This confirmation is filed pursuant to the Court's Order dated January 19, 2023.

                                                Respectfully submitted,

                                                OSTROLENK FABER LLP
                                                /s/*Ariel Peikes*
                                                Ariel Peikes
                                                *Attorneys for Plaintiff, Sound Around, Inc.*

{02829502.1}