# GLACIER LAW LLP

| | | |
|---|---|---|
| WEI WANG* <br> RUOTING MEN* | 41 MADISON AVENUE, SUITE 2529 <br> NEW YORK, NY 10010 <br> EMAIL: INFO@GLACIER.LAW <br> WEB: WWW.GLACIER.LAW | TELEPHONE (332) 777-7315 <br> FACSIMILE (312) 801-4587 <br> *Admitted in New York |

**March 9, 2023**

**Via Electronic Case Filing**

Honorable Hector Gonzalez
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Sound Around, Inc., D/B/A Pyle USA v. Shenzhen Keenray Innovations Limited, Danxia Wu, Weng Feng Peng (A/K/A Fenson Peng), and Amazon.Com, Inc*
       Case No: 22-cv-06943-HG

## Letter Confirming Service

Dear Judge Hector Gonzalez:

    We represent Defendants Danxia Wu and Weng Feng Peng ("Defendants") in the above-referenced action. We submit this letter to confirm the service of Defendants' Motion to Dismiss on Plaintiff pursuant to the Order dated January 19, 2023.

    On March 9, 2023, a copy of Defendants' reply in support of their motion to dismiss were served on Plaintiff's counsels of record in this case via the following electronic mail:

    Max Moskowitz    mmoskowitz@ostrolenk.com
    Ariel Peikes    apeikes@ostrolenk.com

        Respectfully submitted

        By: /s/   Wei Wang
        Wei Wang
        Glacier Law LLP
        41 Madison Avenue, Suite 2529
        New York, NY 10010
        ***Attorney for Defendants***

Cc:    Counsel of Record *Via ECF*