

# 唐阿芬

是的

你什么时候方便给我

方总 您好！请稍等，我这边提供给您

是需要您拿样的几款还是全部呢？

2019年8月1日 14:42

拿样的和毛巾加热桶

2019年8月1日 15:25

方总成品报价单2019.pdf
126KB
微信电脑版

方总 您好！请查收附件报价单，谢谢！

2019年8月1日 16:17



# 东莞市固豪五金塑胶制品有限公司
### GOLDENHOT PLASTIC&HARDWARE PRODUCTS CO.,LTD.
地址：东莞市凤岗镇雁田村怡安中路2号第3栋厂房
Building 3, no. 2, YI'AN Middle road, Yantian Village, Fenggang Town, DongGuan, GuangDong, China
电话Tel:(86)0769-82619586    传真Fax:(86)0769-82613392    Email:sales@gh-goldenhot.com

| 序号 | 产品图片(PHOTO) | 型号(Item No.) | 主体颜色 | 包装方式（Manner of packing） || 出厂单价（RMB） | 最少订单量 | 技术规范（Technical Specification） ||
|---|---|---|---|---|---|---|---|---|---|
| | | | | 彩盒包装 | 外箱 | | | 技术参数（Technical parameters） | 主要功能（Main function） |
| 1 | | GH-1818T | 白色 | 1PCS | 20PCS/箱 | ￥90.50 | 2000 | 产品尺寸：209*111*82mm<br>产品净重：328g<br>额定功率：5W<br>外箱：510*310*420mm<br>整箱重量：10.6KG | 特有"无线设计"高端便捷180度全折叠一体化设计<br>气压、振动、热敷促进眼周血液循环往复<br>大容量锂电池1100mah |
| 2 | | GH-1818A | 白色 | 1PCS | 20PCS/箱 | ￥115.00 | 2000 | 产品尺寸：209*111*82mm<br>产品净重：328g<br>额定功率：5W | 特有"无线设计"高端便捷180度全折叠一体化设计<br>气压、振动、热敷促进眼周血液循环<br>语音提示+背景音乐<br>大容量锂电池，使用更持久 |
| 3 | | GH-1818B | 白色 | 1PCS | 20PCS/箱 | ￥128.00 | 2000 | 产品尺寸：209*111*82mm<br>产品净重：328g<br>额定功率：5W | 特有"无线设计"高端便捷180度全折叠一体化设计<br>气压、振动、热敷促进眼周血液循环<br>语音提示+背景音乐趣<br>连接手机蓝牙功能<br>大容量锂电池，使用更持久 |
| 4 | | FM-A3美容仪 | 银色 | 1PCS | 20PCS/箱 | ￥264.00 | 500 | 产品尺寸：208*98*83.5mm<br>产品净重：330g<br>额定功率：5W | 智能电频按摩，刺激肌肉，促进吸收，按摩穴位，导入精华营养，同步深层护理，功效显著。方便便携 |
| 5 | | GH-1906双头颈部按摩器（带遥控器） | 白色 | 1PCS | 20PCS/箱 | ￥96.00 | 2000 | 产品尺寸：148*155*36mm<br>产品净重：150g<br>额定功率：5W | TENS低频脉冲，带语音提示，42°恒温热敷，RF运程遥控 |
| 6 | | GH-1908四头颈部按摩器（带遥控器） | 红色 | 1PCS | 20PCS/箱 | ￥160.00 | 2000 | 产品尺寸：135*55*140mm<br>产品净重：160g<br>额定功率：5W | 2组TENS低频脉冲，带语音提示，42°恒温热敷，RF运程遥控 |
| 7 | | GH-E1612加热毛巾桶（不含彩盒） | 白色 | 1PCS | 1PCS/箱 | ￥195.00 | 1000 | | 超大容量（可容纳两条超大浴巾）<br>快速加热<br>自动恒温功能<br>简约家具设计 |

备注：1.以上报价不含税，如需含税增加13%。
　　　2.以上报价为出厂价。

报价日期：2019-8-1

**制表人：唐阿芬　　　　　　　　审核：赵修华　　　　　　　　客户确认：**

# CERTIFICATE OF TRANSLATION

I, JESSIE ZICHANG LIU, a certified Mandarin interpreter and translator by the Judicial Council of California, (Certification Number: 313563) , am competent to translate from

_____Chinese/Mandarin_____ into English, and certify that the translation of
**(language)**

_2-page texting record on WeChat_____
**(name of document)**

is true and accurate to the best of my abilities.

_____[signature]_____       JESSIE ZICHANG LIU
**(signature of translator)**      **(typed/printed name of translator)**

11/06/2023





Tang Afen
Yes

When can you give it to me?

Mr.Fang, hello! Just a moment. I will provide that to you.

Do you want it for the few products you have or for all?

8/1/2019 14:42

The samples and the heating towel bucket.

8/1/2019 15:25

Mr.Fang product price list 2019. pdf

Wechat Web

Mr.Fang, hello! The price list is sent. Thank you!

8/1/2019 16:17

# CERTIFICATE OF TRANSLATION

I, JESSIE ZICHANG LIU, a certified Mandarin interpreter and translator by the Judicial Council of California, (Certification Number: 313563) , am competent to translate from

    Chinese/Mandarin     into English, and certify that the translation of
**(language)**

  a 2-page document of certain price quote
**(name of document)**

is true and accurate to the best of my abilities.

_[signature]_                 JESSIE ZICHANG LIU
**(signature of translator)**      **(typed/printed name of translator)**

11/06/2023

| | Dongguan Guhao Plastic Hardware Products Co., Ltd | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Address: No. 3 Workshop, Yi'an Middle Road 2, Yantian Village, Fenggang Town, Dongguan City, Guangdong Province | | | | | | | | |
| | Tel: (86) 0769-82619586        Fax: (86) 0769-82613392        Email: sales@gh-goldenhot.com | | | | | | | | |
| Serial No. | Product Photo | Model No. | Product Color | Packaging Method | | Unit Cost (RMB) | Minimum Order | Technical Specification | |
| | | | | Colored Box | Outer Box | | | Technical Parameter | Main Function |
| 1 | | GH-1818T | White | 1PCS | 20PCS/Box | ¥90.50 | 2000 | Product Size: 209*111*82mm<br>Product Net Weight: 328g<br>Power Rating: 5W<br>Outer Box: 510*310*420mm<br>Gross Weight: 10.6KG | Unique "wireless design" high-end convenient 180-degree integrated foldable design，using air pressure, vibration and heat to promote blood circulation around the eyes with large-capacity lithium battery 1100mah |
| 2 | | GH-1818A | White | 1PCS | 20PCS/Box | ¥115.00 | 2000 | Product Size: 209*111*82mm<br>Product Net Weight: 328g<br>Power Rating: 5W | Unique "wireless design" high-end convenient 180-degree integrated foldable design，using air pressure, vibration and heat to promote blood circulation around the eyes, voice prompt + background music, large-capacity lithium battery for longer use. |
| 3 | | GH-1818-B | White | 1PCS | 20PCS/Box | ¥128.00 | 2000 | Product Size: 209*111*82mm<br>Product Net Weight: 328g<br>Power Rating: 5W | Unique "wireless design" high-end convenient 180-degree integrated foldable design，using air pressure, vibration and heat to promote blood circulation around the eyes, voice prompt + background music and Bluetooth connection to phones, large-capacity lithium battery for longer use. |

| 4 | | FM-A3 Beauty Device | Silver | 1PCS | 20PCS/Box | ¥264.00 | 500 | Product Size: 208*98*83.5mm<br>Product Net Weight: 330g<br>Power Rating: 5W | Smart electric frequency massage to stimulate muscles, promote absorption, massage pressure points, help skin absorb skincare product, synchronize deep care, efficacy is remarkable. It is portable and convenient. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5 | | GH-1906 Dual-Head Neck Massager (with remote control) | White | 1PCS | 20PCS/Box | ¥96.00 | 2000 | Product Size: 148*155*36mm<br>Product Net Weight: 150g<br>Power Rating: 5W | TENS low-frequency pulse with voice prompts, 42° thermostatic heating, RF remote control |
| 6 | | GH-1908 Four-Head Neck Massager (with remote control) | Red | 1PCS | 20PCS/Box | ¥160.00 | 2000 | Product Size: 135*55*140mm<br>Product Net Weight: 160g<br>Power Rating: 5W | Dual TENS low-frequency pulse with voice prompts, 42° thermostatic heating, RF remote control |
| 7 | | GH-E1612 Heating Towel Bucket (colored box not included) | White | 1PCS | 1PCS/Box | ¥195.00 | 1000 | | Extra-large capacity (holds two extra-large bath towels) Rapid heating automatic thermostat function Minimalist furniture design |

Remarks: 1. The above price quote does not include tax. To include tax, add 13%.
  2. The above price quote is based on the cost at the factory.

Quote prepared on: 8/1/2019

Form prepared by: Tang Afen          Reviewed by: Zhao Xiuhua          Customer confirmation: